# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL MISSION INDIAN HOUSING AUTHORITY,<br><br>    Plaintiff,<br><br>v.<br><br>CARRIE M. NELSON, *et al.*,<br><br>    Defendants. | Civil No. 06CV1677-L(BLM)<br><br>**ORDER RE:  ORAL ARGUMENT** |

   Currently scheduled on this Court's calendar for May 29, 2007 is Plaintiff's motion for default judgment.  The Court finds the motion suitable for determination on the papers and without oral argument in accordance with Civil Local Rule 7.1(d)(1).  Accordingly, no appearances are required on May 29, 2007 and the motion will be deemed submitted as of that date.

   **IT IS SO ORDERED**.

DATED: May 22, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. BARBARA LYNN MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL