UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL MISSION INDIAN HOUSING AUTHORITY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CARRIE M. NELSON and RICHARD SIGALA,<br><br>　　　　　　Defendants. | Civil No. 06cv1677-L(BLM)<br><br>**DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT RICHARD SIGALA** |

　　　　This is an action for unlawful detainer to recover possession of land and overdue rent. The action arises under 42 U.S.C. § 1437 *et seq.* governing the Department of Housing and Urban Development's funding of low-income housing, including low-income housing on Indian reservations. The court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1362. The complaint was filed on August 18, 2006, and an amended complaint was filed on August 28, 2006. Summons were issued; however, Defendant Richard Sigala has not been served with process.

　　　　On January 26, 2007, the court issued an order to show cause re: dismissal pursuant to Rule 4(m) for failure to timely serve Defendants. The hearing was taken off calendar when Plaintiff filed a Proof of Service on February 12, 2007. However, the Proof of Service showed

/ / / / /

that only Defendant Carrie M. Nelson has been served.  Defendant Richard Sigala has not been served to date.

Federal Rule of Civil Procedure 4(m) provides in pertinent part:

> If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

On January 26, 2007 the court notified Plaintiff of failure to serve Defendants; however, Plaintiff did not serve Defendant Sigala.  The 120-day period for service of the summons and amended complaint on Defendant Sigala expired in May 2007, more than six months ago.

For the foregoing reasons, all claims asserted against Defendant Richard Sigala are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

DATED: December 11, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. BARBARA LYNN MAJOR
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL